HBM/MCH: USAO# 2012R00500

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * CRIMINAL NO. CCB-12-0630 |
| | * |
| BRANDON CLARK, | * (Conspiracy to Distribute and Possess |
|   a/k/a "Bird," | * with Intent to Distribute Controlled |
|   a/k/a "Beazy," | * Substances, 21 U.S.C. § 846) |
|  | |
| ANTHON HARRIS, | |
|   a/k/a "Moo Moo," | |
| STANFORD STEWART, | |
|   a/k/a "Professor," | |
|   a/k/a "Stan," | |
|  | |
| SEAN BOYD, | |
|   a/k/a "Jeezy," | |
|  | |
| RAHEEM BAKER, | |
| CHRISTOPHER THORNTON, | |
|   a/k/a "Peazy," | |
|     Defendants | |

*******

SEALED

## INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but at least as of in or about July 1, 2012, and continuing through in or about December 6, 2012, in the District of Maryland, the defendants,

BRANDON CLARK,
a/k/a "Bird,"
a/k/a "Beazy,"

ANTHON HARRIS,
a/k/a "Moo Moo,"
STANFORD STEWART,
a/k/a "Professor,"
a/k/a "Stan,"

SEAN BOYD,
a/k/a "Jeezy,"

RAHEEM BAKER,
CHRISTOPHER THORNTON,
a/k/a "Peazy,"

did knowingly and willfully combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute at 100 grams or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance.

21 U.S.C. § 846

_Rod J. Rosenstein/mch_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

~~_____~~   12/6, 2012
Foreperson              Date